FILED
4/12/2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
MAR 2 0 2012
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

YAPHET CASTILE

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Supt. Mariec
Cook County Jail
c/o Tedeso Div 9
c/o Miller Div 9
Sgt. Rubioni Div 9

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 12C00884
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:    **AMENDED COMPLAINT**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: YAPHET CASTILE

   B. List all aliases: N/A

   C. Prisoner identification number: R30583

   D. Place of present confinement: LAWRENCE C.C.

   E. Address: 10930 LAWRENCE Rd., SUMNER IL. 62466

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: COOK COUNTY JAIL SUPT. MARIECE

      Title: SUPERINTENDENT DIV. #9

      Place of Employment: COOK CO. JAIL

   B. Defendants: C/O TEDESCO & C/O MILLER

      Title: DIV. #9 OFFICERS

      Place of Employment: COOK CO. JAIL

   C. Defendant: SGT. RUBIONI

      Title: SARGEANT DIV. #9

      Place of Employment: COOK CO. JAIL

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 12C00884

B. Approximate date of filing lawsuit: June 14th 2011

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: YAPHET CASTILE

D. List all defendants: c/o TEDESCO, DIV. #9
c/o MILLER, DIV. #9
SGT. RUBIONI, DIV. #9

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): COOK COUNTY JAIL

F. Name of judge to whom case was assigned: HARRY D. LEINENWEBER

G. Basic claim made: OFFICER BRUTALITY

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING

I. Approximate date of disposition: June 14th 2011, 4 p.m.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about this time and date 6-14-11, at approx. 4:00 p.m. I awoke and observed c/o Tedesco in a sleepy vision grabbing my magic shave and pouring it all over my legal mail and documents, letters, and pictures from my friends & family that had passed away.

Everything that I owned is now gone, that property had sentimental value to me, now I don't have anything, and the ruined property is all because of c/o Tedesco.

So now I ask c/o Tedesco, "What are you doing?" And his reply was, "Fuck you, you black motherfucker & don't worry about what I'm doing." And then he started ripping up all of my obituaries that I had and all of my mail from family and friends. I again asked, "What are you doing?" And he only replied, "You're not going to do anything to me or anybody else." I replied, "I'll see you in court." Then Sgt. Rubioni comes in and says, "Pack your shit," and, "You're going to Seg." Then he tells c/o Tedesco and c/o Miller to, "Put me in cuffs and let him grab his shit" (property).

4

Revised 9/2007

 THEN WE GO TO THE ELEVATOR AND OUTSIDE OF THE INTERLOCK, C/O TEDESCO STARTED TO PUNCH ME, AND THEN SGT. RUBIONI PURSUED TO THE ELEVATOR AND TURNED AROUND AND KICKED ME IN MY BACK.

 THE ELEVATOR ARIVES AND THEY GRAB ME OFF OF THE FLOOR AND C/O TEDESCO AND C/O MILLER THROW ME IN THE ELEVATOR AND I HIT MY HEAD ON THE SIDE OF THE DOOR ON THE METAL EDGE," WHEN THEY THREW ME IN." AFTERWARDS I LANDING ON MY ELBOW; THROUGHOUT ALL OF THIS I'M HANDCUFFED BEHIND MY BACK.

 SGT. RUBIONI SLAMMED ME AGAINST THE WALL ON THE ELEVATOR, AND THEN C/O TEDESCO & C/O MILLER STARTED PUNCHING ME IN MY FACE, TAKING TURNS, THEN STARTED SPITTING IN MY FACE AND SAYING, "HOW YOU LIKE THAT YOU BLACK BITCH?" AND THEN I ARRIVED ON THE 3RD FLOOR AND I WAS PLACED ON THE DECK 3-B.

 THEY REFUSED TO GIVE ME MEDICAL TREATMENT, AND THEY TOOK MY FINGER CAST AND STOMPED IT, AND THEN THEY GRABBED MY SCRIPT FOR IT AND TORE IT UP. I WENT TO GO SEE DR. DAVIS AND SHE DID A CHECK-UP ON ME, I TOLD HER WHAT HAPPENED TO MY FINGER CAST, AND SHE SAID "I'LL GET YOU ANOTHER ONE," BUT NEVER DID I GET IT." THIS ALL HAPPENED ON MONDAY, 6-20-11... AND I STILL HAVEN'T RECEIVED ANY RESPONSE FROM HER.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

MONETARY REPRERATIONS, AND FOR THE OFFICERS INVOLVED TO BE PERSECUTED AND TERMINATED OF THEIR EMPLOYMENT STATUS WITH COOK COUNTY JAIL.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of 3/14, 20 12

*Yaphet Castile*

(Signature of plaintiff or plaintiffs)

YAPHET CASTILE
(Print name)

B30583
(I.D. Number)

10930 LAWRENCE Rd.

SUMNER, IL. 62466
(Address)

6

Revised 9/2007

PART – C

| C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST |
|---|

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** CASTILE    **First Name:** YADHET

**ID:** 20110596173    **Div:** 9    **Tier/Living Unit:** 3B

**Date of Request:** 6/19/11    **Date C.R.W. Received Request:** 6/21/11

**This request has been processed by:** _____ C.R.W.

**Summary of Request:**
Detainee states unprofessional behavior by staff.

**Response and/or Action Taken:**
Several complaints have been filed in regards to 4o. Tadesco (3-11 Shift) Unprofessionalism being displayed during his tour of duty. On the 3-11 Shift. However IR/Cmdr. referred the paperwork to the O.P.R. Unit for investigating the Narrative Presented.

Cmdr. K. Harris #17    _[signature]_    **Date:** 6/21/11    **Div/Dept:** 9
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )